[No. 8936–6–I.  Division One.  August 31, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. SONNY RONALD MCENTIRE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–1–00897–1, Carolyn R. Dimmick, J., entered June 6, 1980. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Corbett, JJ.

[No. 8991–9–I.  Division One.  August 31, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT PATRICK COLE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–8–01609–3, Gerard M. Shellan, J., entered June 24, 1980. *Affirmed* by unpublished opinion per Durham, J., concurred in by James, C.J., and Williams, J.

[No. 8236–1–I.  Division One.  August 31, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. LENNIE TODD CAIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–8–01837–8, Jack Richey, J. Pro Tem., entered December 4, 1979. *Affirmed in part* and *reversed in part* by unpublished opinion per Swanson, J., concurred in by Ringold, A.C.J., and Corbett, J.